

FILED
CLERK, U.S. DISTRICT COURT
NOV 1 3 2017
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERDINAND MATI<br><br>Defendant. | CR No. CR 15-00410-ODW<br><br>ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b): (Allegations of Violation of Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The Court finds there is:

(1)

    (A) ( )    Probable cause to believe that the defendant has committed a Federal, State or local crime while on release and/or

    (B) (✓)    Clear and convincing evidence that the defendant has violated any other condition of release; and

1  (2)  (A) (✓)  Based on the factors set forth in 18 U.S.C. § 3142(g), there is no
2                 condition or combination of conditions of release that will assure
3                 that the defendant will not flee ~~or pose a danger to the safety or~~
4                 ~~any other person or the community~~; or [Defendant alleged to
5    (B) (✓)  The defendant is unlikely to abide by any condition or  have absconded from pretrial
6                 combination of conditions of release.  supervision after failures to appear
7  (3)   ( )  There is probable cause to believe that, while on release, following positive
8                 the defendant committed a Federal, State., or local felony, drug tests. (AGR)]
9                 and the presumption that no condition or combination of
10                conditions will assure that the person will not pose a
11                danger to the safety of any other person or the
12                community has not been rebutted.
13                                   OR
14 (4)   ( )  The court finds that there are conditions of release that
15                will assure that the defendant will not flee or pose a
16                danger to the safety of any other person or the community,
17                and that the defendant will abide by such conditions.
18                <u>See</u> separate Order setting conditions.
19       ( )  It is further ordered that this order is stayed for 72 hours in
20                order to allow the Government to seek review from the
21                assigned district judge or criminal duty district judge as
22                appropriate.
23                                   OR
24                                    C.
25       (✓)  IT IS ORDERED defendant be detained prior to trial.

DATED: November 13, 2017          _____
                                   Alicia G. Rosenberg
                                   United States Magistrate Judge